# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number MG 06-00001
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No __X__    Matter to be sealed: ___ Yes __X__ No

Defendant Name _____Franklin Palomo_____

Alias Name _____

Address _____

_____Yigo, Guam_____

Birthdate __1956__  SS# _xxx-xx-9842_  Sex __M__  Race __PI__  Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA __Joseph Tock__

**Interpreter:** __X__ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __2__   ___ Petty  __X__ Misdemeanor  ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1  5 GCA § 63121 / 18 USC 7(3) & 13 | Unlawful Taking, Possession or Transportation of Wildlife | 1 |
| Set | 2  18 USC 1382 | Entering Military Property | 2 |
| Set | 3 | | |
| Set | 4 | | |

(May be continued on reverse)

Date: __1-10-06__   Signature of AUSA: _Joseph Tock_

**RECEIVED**
JAN 10 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM