ORIGINAL

franklinpalomodismiss

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN G. PALOMO, and <br> JOSEPH G. PALOMO, <br><br> Defendants. | MAGISTRATE CASE NO. 06-00001 <br><br> **MOTION TO DISMISS INFORMATION** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendant, JOSEPH G. PALOMO, be dismissed, for the reason that the defendant has admitted guilt and paid his Central Violation fine.

Respectfully submitted this 10th day of January 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
    for JOSEPH TOCK
    Special Assistant U.S. Attorney