LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>FRANKLIN G. PALOMO, and<br>JOSEPH G. PALOMO,<br><br>        Defendants. | MAGISTRATE CASE NO. 06-00001<br><br>**O R D E R**<br>**Re: January 10, 2006**<br>**United States' Motion to Dismiss Information** |

IT IS SO ORDERED that the Information in the above entitled case against defendant, JOSEPH G. PALOMO, is hereby dismissed.

Dated this 10th of January 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**